```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :   CRIMINAL ACTION
                            :   NO. 03-434
     v.                     :
                            :
AQUIL BOND                  :
                            :
```

## ORDER

**AND NOW**, this **8th** day of **February, 2021,** after considering Defendant's Motion under 28 U.S.C. § 2255 (ECF No. 137) and Memorandum in Support (ECF No. 141) and the Responses thereto (ECF Nos. 138, 145), it is hereby **ORDERED** that Defendant's Motion (ECF No. 137) is **DENIED** for the reasons set forth in the accompanying memorandum.

**AND IT IS SO ORDERED.**

_/s/ Eduardo C. Robreno_____
**EDUARDO C. ROBRENO, J.**